IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT EARL ROBINSON, ET AL. | § | |
| VS. | § | CIVIL ACTION NO.   1:05cv288 |
| WESTERN UNION, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Earl Robinson, a federal prisoner confined in Beaumont, Texas, proceeding *pro se*, brought this civil action against Western Union and the United States Postal Service.  Cora Bell Brown Branty was also identified as a plaintiff, although she did not sign the pleadings or provide the court with her address.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing Ms. Cora Bell Brown Branty from this action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A partial judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at BEAUMONT, Texas, on this the 22 day of July, 2005.

_____
HOWELL COBB
UNITED STATES DISTRICT JUDGE